Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                  INDICTMENT
        v.                       :
                                  07 CRIM 992
LAVAN RAMBERT,                   :

        Defendant.               :

- - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about June 23, 2007, in the Southern District of New York, LAVAN RAMBERT, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 21, 1999, in New York Supreme Court, New York County, of attempted robbery in the second degree, in violation of New York Penal Law 160.10(1), unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded Cobray M-11 9-millimeter semi-automatic handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                      MICHAEL J. GARCIA
                                United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LAVAN RAMBERT,

Defendant.

---

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_/s/_ Foreperson.

Oct. 24, -07

10/24/07 Indictment Filed, Assigned to USDJ Buchwald
Fox, USMJ

2