**MEMO ENDORSED**

**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

**BY FACSIMILE**

May 30, 2008

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Lavan Rambert,
      07 Cr. 992 (NRB)

Dear Judge Buchwald:

   Mr. Rambert is scheduled to be sentenced on June 3, 2008 at 4:00 P.M. I have been advised by Mr. Rambert's wife, confirmed by AUSA Everdell in a call he made to the jail at my request, that Mr. Rambert has the chicken pox. Based on what Mr. Everdell was told by the facility official, it would appear than an adjournment of about four (4) weeks would be appropriate.

   I would request, therefore, that the matter be adjourned to any of the following dates: June 26, 30, July 2, 7, 8 or 9, 2008. Given Mr. Rambert's medical situation, the Government consents to this request. I thank you in advance for your courtesy in this matter.

Very truly yours,

Susan V. Tipograph

*The Sentencing is adjourned until July 7, 2008 at 3:00pm. So Ordered. 6/2/08*

cc:   AUSA Christian Everdell
      (by facsimile)